IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **United States of America,** | * |
| | * |
| v. | * Case No. 1:22-cr-00146-JKB |
| | * |
| **Ron Elfenbein** | |
| **Defendant.** | * |

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, Ron Elfenbein.

I certify that: [check and complete one that applies]

☒ I am admitted to practice in this Court.

☐ I am a member in good standing of the bar of the highest state court of

_____

and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

May 5, 2022
Date

/s/ Jason Weinstein
Signature

Jason Weinstein (Bar No. 18746)
Printed name and bar number
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington DC 20036
Address

jweinstein@steptoe.com
Email address

(202) 429-3000
Telephone number

(202) 429-3902
Fax number

Please select your designation:

☐ CJA  ☒ Retained  ☐ Public Defender  ☐ Pro Bono

**NOTE**:   Appearance of counsel may be withdrawn only with leave of Court.  *See* Local Rule 201.3.  Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

---

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov.  Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**

---