IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:22-cr-00146-JKB |
| | : | |
| RON ELFENBEIN, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW APPEARANCE

1. Undersigned counsel hereby moves for leave of the Court pursuant to Local Rule 201.3 to withdraw as counsel for Defendant Ron Elfenbein.

2. On April 29, 2022, undersigned counsel appeared on behalf of Defendant Ron Elfein at his initial appearance and arraignment.

3. On May 5, 2022, undersigned counsel filed a Notice of Attorney Appearance on behalf of Defendant Ron Elfenbein (Dkt. 8).

4. Thereafter, Defendant Ron Elfenbein notified undersigned counsel that he has obtained alternative counsel.

5. Based on the foregoing facts, undersigned counsel hereby requests that the Court enter an order pursuant to Local Rule 201.3 for leave of court to withdraw as counsel for Defendant Ron Elfenbein.

Dated: May 5, 2022

/s/ Jason Weinstein
Jason Weinstein (Bar No. 18746)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue NW
Washington, DC  20036
Email: jweinstein@steptoe.com
Tel.  202-429-8061