IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        *

v.                              *        CRIMINAL NO. JKB-22-0146

RON K. ELFENBEIN,               *

Defendant.                      *

*     *     *     *     *     *     *     *     *     *     *     *

## SCHEDULING ORDER

Pursuant to a scheduling teleconference held on May 6, 2022, the Court now sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| June 24, 2022 | Deadline for Defendant's pretrial motions. |
| June 28, 2022, 12:30 p.m. | Scheduling teleconference at which the Court will expect to set in the deadline for the Government's responses to Defendant's pretrial motions, the deadline for Defendant's replies, the date of the motions hearing, and the date of a jury trial. |

No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this __6__ day of May 6, 2022.

BY THE COURT:

James K. Bredar
Chief Judge