**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk
David E. Ciambruschini, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

May 16, 2022

**RECEIPT FOR SURRENDER OF PASSPORT**

USA v. Ron K. Elfenbein
1:22−cr−00146−JKB

Received 5/16/2022 from Counsel for Defendant, one passport ending with 8087 issued by the country of the United States of America which is being surrendered to the Court as a special condition of the defendant's release. This passport is to be held in the custody of the Court until further ordered. Following the termination of these proceedings, the Clerk will order the destruction of any passport in custody beyond twenty years from date of issuance of the passport.

Very truly yours,

_____/s/_____
Catherine M. Stavlas
Clerk, U.S. District Court
District of Maryland
prepared by: J. Byrd

Northern Division ° 4415 U.S. Courthouse ° 101 W. Lombard Street ° Baltimore, Maryland 21201 ° 410–962–2600
Southern Division ° 240 U.S. Courthouse ° 6500 Cherrywood Lane ° Greenbelt, Maryland 20770 ° 301–344–0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov