IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-22-0146 |
| RON K. ELFENBEIN, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## SCHEDULING ORDER

Pursuant to a scheduling conference held on June 28, 2022,[1] the Court now sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| January 9, 2023 | *Jencks* disclosure |
| January 9, 2023 | Deadline for filing motions *in limine*. |
| January 9, 2023 | Deadline for receipt in chambers of proposed voir dire, proposed preliminary jury instructions (start of trial), proposed final jury instructions (end of trial), and a proposed jury verdict form; **these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers:** MDD_JKBChambers@mdd.uscourts.gov. |
| | Government and defense counsel shall meet and confer with respect to proposed voir dire, jury instructions, and a verdict form, and to the **fullest extent possible** make **joint submissions**. Counsel shall identify any matters of disagreement through supplemental filings. The most recent revision of the undersigned's standard jury instructions in criminal cases is available to the parties upon request to chambers. |
| January 12, 2023 | Deadline for responses to motions *in limine*. |
| **January 19, 2023, 1:30 p.m.** | **Pretrial Conference**, Courtroom 5A. Defendant and |

---

[1] During this conference, the parties advised that a Motions Hearing would be unnecessary in this case and, accordingly, the Court omits those dates from the Scheduling Order.

|  |  |
|---|---|
|  | all trial counsel must be present. |
| **January 30, 2023, 9:30 a.m.** | Begin **Jury Trial**, Courtroom 5A. Scheduled to conclude on February 13, 2023. The Court will not sit on Fridays. |
|  | Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection. |

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. The Government is also directed to file any necessary motions to exclude time pursuant to the Speedy Trial Act. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this 28 day of June, 2022.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
Chief Judge