IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States of America,**  *

\*

v.   Case No. JKB-22-cr-0146

\*

Ron Elfenbein
**Defendant.**   *

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, Ron Elfenbein.

I certify that:  [check and complete one that applies]

☒  I am admitted to practice in this Court.

☐  I am a member in good standing of the bar of the highest state court of

_____

and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

6/13/2023  /s/ Samantha A. Miller
Date  Signature

Samantha A. Miller (Bar No. 21374)
Printed name and bar number

Zuckerman Spaeder LLP, 100 E. Pratt Street
Suite 2440, Baltimore, MD 21202
Address

samiller@zuckerman.com
Email address

(410) 949-1179
Telephone number

(410) 659-0436
Fax number

Please select your designation:

☐ CJA     ☒ Retained     ☐ Public Defender     ☐ Pro Bono

**NOTE**:   Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

---

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**

---