**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

UNITED STATES OF AMERICA

        v.

RON ELFENBEIN,

        *Defendant.*

Crim. No. JKB-22-146

**INDEX OF EXHIBITS TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE**
**GOVERNMENT'S SUMMARY EXHIBITS**

Ex. A          2020 CPT Manual E/M Excerpt

Ex. B          2021 CPT Manual E/M Excerpt

Ex. C          2016 CareFirst Provider Agreement

Ex. D          HRSA COVID-19 Claims Reimbursement
                   Terms & Conditions

Ex. E          "Variation in the Ratio of Physician Charges
                   to Medicare Payments by Specialty &
                   Region," JAMA (Jan. 17, 2017, Vol. 317,
                   Number 3)

Ex. F          L. Adler, et al., "Provider Charges Relative to
                   Medicare rates, 2017-2017," USC-Brookings
                   Schaeffer on Health Policy, Dec. 5, 2019

Ex. G          H. Meyer, "A surprise-billing loophole? Her
                   pregnancy led to a six-figure hospital bill,"
                   NPR.org, Feb. 28, 2023

Ex. H          S. Fiorini, "The High Cost of U.S. Healthcare
                   is on Voters' Minds," Gallup, Oct. 20, 2022

Ex. I          Press Release: Attorney General Frosh Warns
                   Providers Against Billing Patients for
                   COVID-Testing

| | |
|---|---|
| Ex. J | AMA, "Issue Brief: Balance billing for COVID-19 testing and care – federal and state restrictions" |
| Ex. K | "Does your provider accept Medicare as full payment?" (medicare.gov) |
| GX101 | Medicare Claims Data Summary Drs ERgent Care |
| GX102 | Medicare Claims Data Summary Drs ERgent Care (Counts 1–3) |
| GX103 | Medicare Claims Data Summary Drs ERgent Care COVID-19 Tests and Office Visits |
| GX104 | Medicare Claims Data Summary Drs ERgent Care - Location: Earleigh Heights Volunteer Fire Co |
| GX105 | Medicare Claims Data Summary Drs ERgent Care - Location: FCMCG BWI |
| GX106 | Medicare Claims Data Summary Drs ERgent Care - Location: Odenton Volunteer Fire Department |
| GX107 | Medicare Claims Data Summary Drs ERgent Care - Diagnoses Reported for All Claims & Services |
| GX108 | Medicare Claims Data Summary Drs ERgent Care - Diagnoses Reported for COVID-19 Tests |
| GX109 | Medicare Claims Data Summary Drs ERgent Care - Diagnoses Reported for Office Visits |
| GX110 | Medicare Claims Data Summary Drs ERgent Care Office or Outpatient Visit Evaluation and Management Services Mar 2020 to Feb 2022 |
| GX111 | Medicare Claims Data Summary Drs ERgent Care - Office Visits – Aug 2016 to Feb 2020 |
| GX112 | Medicare Claims Data Summary - Drs ERgent Care Office Visits – Mar 2020 to Feb 2022 |
| GX113 | Medicare Claims Data Summary Drs ERgent Care - Number of Office Visits & Amounts Billed for Office Visits |

| GX114 | Medicare Claims Data Summary<br>Drs ERgent Care - Office Visits and COVID-19 Tests on Same Day |
|---|---|
| GX115 | Medicare Claims Data Summary<br>Drs ERgent Care - Top 15 Rendering Providers |
| GX116 | Medicare Enrollment Summary - Ron Elfenbein MD |
| GX117 | Medicare Enrollment Summary - Drs Ergent Care LLC |
| GX118 | Evaluation and Management Services - Office or Other Outpatient Visits |
| GX119 | Drs ERgent Care Claims Submitted March 1, 2020 to February 28, 2022 |
| GX120 | Drs ERgent Care Billings by Payer Type March 1, 2020 to February 28, 2022 |
| GX121 | Percentage of COVID Tests Billed by Drs ERgent Care with a Level 4 Office Visit Same Day vs COVID Tests Without a Level 4 Office Visit Same Day |
| GX122 | Drs ERgent Care COVID Test Procedure Codes (Billed)<br>March 1, 2020 to February 28, 2022 |
| GX123 | Rendering Providers Billed Total Office Visits Exceeding 24 Hours in a Day |
| GX124 | Drs ERgent Care Office Visit Procedure Codes (Billed)<br>March 1, 2020 to February 28, 2022 |
| GX125 | Drs ERgent Care Office Visits Billed with a COVID Test Same Day<br>March 1, 2020 to February 28, 2022 Total Bundled Office Visits |
| GX126 | Drs ERgent Care Amount Paid for Office Visit and a COVID Test Same Day<br>March 1, 2020 to February 28, 2022 Total Paid |
| GX127 | Drs ERgent Care Amount Billed for Office Visit and a COVID Test Same Day<br>March 1, 2020 to February 28, 2022 |
| GX128 | Drs ERgent Care Office Visits Billed with a COVID Test Same Day March 1, 2020 to February 28, 2022 Level 4 Office Visit Bundles & Additional Visit Codes (Within 2-4 Days of Level 4 Bundle) |
| GX129 | Drs ERgent Care Procedure Codes Billed for Greater than $1M<br>March 1, 2020 to February 28, 2022 |
| GX130 | Drs ERgent Care Top 10 Rendering Providers (Billed)<br>March 1, 2020 to February 28, 2022 |

| GX131 | Drs ERgent Care Office Visits Billed with a COVID Test Same Day March 1, 2020 to February 28, 2022 |
|---|---|
| GX132 | Drs ERgent Care Amount Billed for Level 4 Office Visits and a COVID Test Same Day – by Month |
| GX133 | Counts 4 and 5 Billing Summary |
| GX134 | Claim Detail for Select Beneficiaries for Date of Service 4/19/2021 and 4/22/2021 |
| GX135 | Dr. Elfenbein's Income Per Federal Tax Returns |

June 26, 2023
Baltimore, MD

Respectfully submitted,

*/s/ Martin S. Himeles, Jr.*
Martin S. Himeles, Jr. (Bar No. 03430)
Gregg L. Bernstein (Bar No. 01340)
Samantha A. Miller (Bar No. 21374)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street - Suite 2440
Baltimore, MD 21202-1031
Tel. No: (410) 332-0444
Fax No: (410) 659-0436
mhimeles@zuckerman.com
gbernstein@zuckerman.com
samiller@zuckerman.com

*Counsel for Defendant Ron Elfenbein*