# GX135

DOJ_ELFENBEIN_0000038208

Gov't Exhibit No. 135
Case No. JKB-22-146
Identification
Admitted:

# Dr. Elfenbein's Income Per Federal Tax Returns



DOJ-ELFENBEIN_0000038209

Source Files: Ron Elfenbein & Heather J Symons Form 1040 U.S. Individual Income Tax Returns (2018 to 2021). 2022-23803.pdf.