IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   CRIM. NO. JKB-22-0146 |
| RON ELFENBEIN, | * |
| Defendant. | * |

* * * * * * * * * * * *

### PROPOSED VERDICT FORM

Having conducted a conference with Counsel, and the Court having considered and discussed with Counsel their proposed verdict form,

THE COURT NOW NOTIFIES Counsel and the parties that it intends to use the verdict form attached hereto. To the extent that Counsel or a party objects to any portion of the verdict form attached hereto, they shall note such objection to the Court before the Court formally instructs the jury.

Dated this 3 day of August, 2023.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
Chief Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| UNITED STATES OF AMERICA |
| v. |
| RON ELFENBEIN, |
| *Defendant.* |

Crim. No. JKB-22-146

**VERDICT FORM**

**COUNT ONE** (Health Care Fraud):

| Beneficiary | Date of Submission of Claim | Date of Service | Claim No. | Payor | Procedure Code; Amount Billed |
|---|---|---|---|---|---|
| A.H. | 03/29/2021 | 03/25/2021 | 691021088249240 | Medicare | CPT 99204 $354.22 |

What is your verdict as to the Defendant with regard to Count One of the Superseding Indictment?

GUILTY _____  .         NOT GUILTY _____

**COUNT TWO** (Health Care Fraud):

| Beneficiary | Date of Submission of Claim | Date of Service | Claim No. | Payor | Procedure Code; Amount Billed |
|---|---|---|---|---|---|
| W.R. | 05/03/2021 | 04/23/2021 | 691021123406780 | Medicare | CPT 99204 $354.22 |

What is your verdict as to the Defendant with regard to Count Two of the Superseding Indictment?

GUILTY _____          NOT GUILTY _____

**COUNT THREE** (Health Care Fraud):

| Beneficiary | Date of Submission of Claim | Date of Service | Claim No. | Payor | Procedure Code; Amount Billed |
|---|---|---|---|---|---|
| D.M. | 05/12/2021 | 05/10/2021 | 691021132127230 | Medicare | CPT 99204 $354.22 |

What is your verdict as to the Defendant with regard to Count Three of the Superseding Indictment?

      GUILTY _____                  NOT GUILTY _____

**COUNT FOUR** (Health Care Fraud):

| Beneficiary | Date of Submission of Claim | Date of Service | Claim No. | Payor | Procedure Code; Amount Billed |
|---|---|---|---|---|---|
| J.J. | 03/05/2021 | 03/02/2021 | 372663924 | CareFirst BCBS | CPT 99214 $231.50 |

What is your verdict as to the Defendant with regard to Count Four of the Indictment?

      GUILTY _____                  NOT GUILTY _____

**COUNT FIVE** (Health Care Fraud):

| Beneficiary | Date of Submission of Claim | Date of Service | Claim No. | Payor | Procedure Code; Amount Billed |
|---|---|---|---|---|---|
| S.T. | 04/28/2021 | 04/19/2021 | 327993824 | CareFirst BCBS | CPT 99204 $354.22 |

What is your verdict as to the Defendant with regard to Count Five of the Superseding Indictment?

      GUILTY _____                  NOT GUILTY _____

Upon my oath, the foregoing constitutes the unanimous verdict of the jury.

Signed this _____ day of _____, 2023:

_____
JURY FOREPERSON