UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA,**

v.   CASE NO. 1:22-CR-00146-JKB

**RON ELFENBEIN,**

     **Defendant.**

_____/

## NOTICE OF APPEAL

The United States of America appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on December 21, 2023, ECF No. 101, and the Memorandum, ECF No. 99, and Order, ECF No. 100, related to the judgment.

        Respectfully Submitted,

        GLENN S. LEON, CHIEF
        CRIMINAL DIVISION, FRAUD SECTION
        U.S. DEPARTMENT OF JUSTICE

        EREK L. BARRON
        UNITED STATES ATTORNEY

        /s/
        Matthew P. Phelps
        Assistant United States Attorney

        D. Keith Clouser
        U.S. Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, N.W.
        Washington, D.C. 20005
        david.clouser@usdoj.gov

        COUNSEL FOR THE UNITED STATES