

Gregg L. Bernstein
PARTNER
Zuckerman Spaeder LLP
gbernstein@zuckerman.com
410.949.1152

August 20, 2025

**VIA CM-ECF**

Honorable James K. Bredar
Senior District Judge
United States Courthouse
101 West Lombard Street
Baltimore MD 21201

    Re:   *United States v. Ron Elfenbein*
              Criminal No. JKB-22-0146

Dear Judge Bredar:

    The Court has scheduled a status conference on August 28 in the above matter. Counsel would request that the conference be rescheduled to a date after September 16. I am currently out of town util September 3 and will be involved in another proceeding during the week of September 1 through September 5. Mr. Himeles will be out of the country from September 5 until September 16. Counsel for the government have advised they have no objection to this request.

    Thank you for your consideration.

    Respectfully submitted,

    */s/ Gregg L. Bernstein*

    Gregg L. Bernstein

cc (via CM-ECF):   Matthew P. Phelps, AUSA
                          D. Keith Clouser, Trial Attorney

**100 E. PRATT ST., SUITE 2440, BALTIMORE, MD 21202-1031  |  T 410.332.0444  |  F 410.659.0436**
ZUCKERMAN SPAEDER LLP  |  WASHINGTON, DC  |  NEW YORK  |  TAMPA  |  BALTIMORE

10265987.1