IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-22-0146 |
| RON ELFENBEIN | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

The undersigned now RECUSES himself from further service in this case and DIRECTS the Clerk to reassign it.

DATED this __7__ day of November, 2025.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge