IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Criminal No.: JRR-22-146 |
| RON ELFENBEIN | * |
| | * |
| Defendant. | * |
| | * |
| | ****** |

## SCHEDULING ORDER

The following dates, deadlines and administrative directives apply to this action. No changes to this schedule will be permitted unless authorized by the court for good cause shown. Any such requests – whether by stipulation, *ex parte*, or opposed motion – shall be made by written motion filed via ECF with a courtesy copy delivered to chambers via email to MDD_JRRChambers@mdd.uscourts.gov <u>and</u> Michelle_Chavis@mdd.uscourts.gov. Any motion for modification of this order shall (1) state all current deadlines, and (2) whether consent of all parties/counsel was sought, when, by what means, and whether consent was obtained; and the title shall indicate whether the motion is a "CONSENT" or "NON-CONSENT" motion.

| | |
|---|---|
| March 9, 2026 | Rule 12(b)(3) motions deadline. |
| April 6, 2026 | Preliminary expert disclosure deadline. |
| May 20, 2026 | Responsive expert disclosure deadline. |
| June 3, 2026, 11:00 a.m. | Rule 12(b)(3) motions hearing. Defendant must be present. |
| July 1, 2026 | *Jencks* disclosure. |
| July 1, 2026 | Motions *in limine* deadline. |

| | |
|---|---|
| July 1, 2026 | Deadline for receipt in chambers of proposed *voir dire*, proposed jury instructions, and a proposed jury verdict form; these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers: MDD_JRRChambers@mdd.uscourts.gov and Michelle_Chavis@mdd.uscourts.gov. |
| | Government and Defendant shall meet and confer with respect to proposed *voir dire*, jury instructions, and a verdict form, and to the fullest extent possible, make a joint submission. The Government and Defendant shall identify any matters of disagreement. |
| July 22, 2026, 11:00 a.m. | Pretrial conference to include, as needed, resolution of disputes re *voir dire* and jury instructions (to the extent possible), and argument on motions *in limine*. |
| August 3, 2026, 9:00 a.m. | Jury trial, Courtroom 3A. Parties shall appear in court at 9:00 a.m. on the first day of trial to address miscellaneous/housekeeping matters with the courtroom deputy prior to the commencement of jury selection. Court will not be in session on Fridays. |

If Defendant is incarcerated, the Government shall prepare notices and "come up" letters as needed. The Government remains responsible for ensuring compliance with the Speedy Trial Act unless tolled until trial by order of the court.

November 14, 2025

/S/
_____
Julie R. Rubin
United States District Judge

2