IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

UNITED STATES OF AMERICA

v.

Crim. No. JRR-22-146

RON ELFENBEIN,

*Defendant.*

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The Government and the Defendant jointly request an extension of the current expert disclosure deadlines in the above matter, and in support thereof, state as follows:

1. Per the Court's Scheduling Order entered on November 14, 2025 (ECF No. 147), the current deadlines are set forth below:

| | |
|---|---|
| April 6, 2026 | Preliminary expert disclosure deadline. |
| May 20, 2026 | Responsive expert disclosure deadline. |
| June 3, 2026, 11:00 a.m. | Rule 12(b)(3) motions hearing. Defendant must be present. |
| July 1, 2026 | *Jencks* disclosure. |
| July 1, 2026 | Motions *in limine* deadline. |
| July 1, 2026 | Deadline for receipt in chambers of proposed *voir dire*, proposed jury instructions, and a proposed jury verdict form. |
| July 22, 2026, 11:00 a.m. | Pretrial conference |
| August 3, 2026, 9:00 a.m. | Jury trial, Courtroom 3A. |

2. In order to prepare for trial and exchange any expert reports, the parties request an

extension of the expert disclosure deadlines as follows:

May 4, 2026 — Preliminary expert disclosure deadline.

May 29, 2026 — Responsive expert disclosure deadline.

3.  All remaining deadlines in the current scheduling order remain in effect.

WHEREFORE, for the foregoing reasons, the parties request that the Court extend the scheduling order deadline related to expert disclosures.

Respectfully submitted,

Dated: March 30, 2024

*/s/ Gregg L. Bernstein*
Gregg L. Bernstein (Bar No. 01340)
Samantha A. Miller (Bar No. 21374)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street – Suite 2440
Baltimore, MD 21202
Tel No: 410-332-0444
Fax No: 410-659-0436
gbernstein@zuckerman.com
mhimeles@zuckerman.com
samiller@zuckerman.com

*Counsel for Defendant Ron Elfenbein*

Matthew P. Phelps, AUSA
Office of the U.S. Attorney
36 S. Charles Street
Baltimore, MD 21201
matthew.phelps@usdoj.gov

*D. Keith Clouser (w/permission)*
D. Keith Clouser
U.S. Department of Justice
Criminal Division – Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
david.clouser@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2026, I caused a copy of the foregoing to be served via CM/ECF

on all counsel of record.

*/s/ Gregg L. Bernstein*
Gregg L. Bernstein